

# NUMBERS 13-16-00050-CR; 13-16-00051-CR; & 13-16-00052-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

LAWSON PRICE,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

On appeal from the 214th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

Before Justices Garza, Perkes, and Longoria
Memorandum Opinion Per Curiam

Appellant, Lawson Price, was convicted of unauthorized use of a motor vehicle and unauthorized absence from a corrections facility. On January 15, 2016, appellant filed notices of appeal by and through his attorney. This Court abated the appeals on August 3, 2016, because of counsel's failure to file a brief and ordered the trial court to determine whether appellant desired to prosecute these appeals. Counsel for appellant

subsequently has filed a motion to withdraw as counsel.

At the trial court hearing, appellant indicated that he wanted his appeals dismissed and the record reflects appellant and his counsel signed a motion to withdraw the appeal. A document titled "Order on Motion to Withdraw Appeal" with all three trial court cause numbers contains the signature of appellant and counsel and grants counsel's motion to withdraw. A supplemental clerk's record and reporter's record have been filed. Accordingly, these appeals are REINSTATED.

Although no written motion has been filed in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, based upon the evidence at the hearing that appellant does not want to continue his appeals and the signature of both counsel and appellant on the "Order on Motion to Withdraw Appeal," we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeals. Counsel's motion to withdraw is GRANTED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of October, 2016.